

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-22-00106-CV**

**IN RE THE OFFICE OF THE STATE COUNSEL FOR OFFENDERS**
_____

**Original Proceeding**

**From the 82nd District Court**
**Robertson County, Texas**
**Trial Court No. 20-11-21133-CV**

---

**MEMORANDUM OPINION**

---

Relator's Petition for Writ of Mandamus and Stay of Proceedings filed on April 14,

2022, is denied.

STEVE SMITH
Justice

Before Chief Justice Gray,
 Justice Johnson,
 and Justice Smith
Petition denied
Opinion delivered and filed April 27, 2022
[OT06]

